# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# OCALA DIVISION

JUAN TARAZONA,

    Plaintiff,

v.                                                            Case No: 5:21-cv-202-JSM-PRL

PARAMOUNT RECOVERY SYSTEMS, LP,

    Defendant.

_____

## ORDER

The Court has been advised via a Notice of Settlement (Dkt. 31) that the above-styled action has been settled. Accordingly, pursuant to Local Rule 3.09(b), it is

**ORDERED AND ADJUDGED** that this cause is hereby **DISMISSED** without prejudice as to Defendant Paramount Recovery Systems, LP, and subject to the right of the parties, within <u>sixty (60) days</u> of the date of this order, to submit a stipulated form of final order or judgment should they so choose **or** for any party to move to reopen the action, *upon good cause shown*. After that 60-day period, however, dismissal shall be with prejudice. All pending motions, if any, are **DENIED** as moot. The Clerk is directed to close the file.

**DONE** and **ORDERED** in Tampa, Florida, this 14th day of June, 2021.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE